

# NUMBER 13-13-00651-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **BELINDA MANCILLAS ALCALA,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 404th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Belinda Mancillas Alcala, appealed a judgment entered by the 404th District Court of Cameron County, Texas. On January 16, 2014, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid within ten days from the date of the notice. *See* TEX. R. APP. P. 42.3(c). No response was received and the filing

fee was not paid.   On February 7, 2014, the Clerk of this Court again notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $195.00 filing fee was paid within ten days from the date of the notice. On March 7, 2014, appellant filed a motion to abate the appeal to enable counsel to locate appellant and obtain money to pay court costs which was denied by the Court on March 28, 2014.   Appellant has not paid the $195.00 filing fee.   *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.


PER CURIAM

Delivered and filed the
24th day of April, 2014.

2